154 A.3d 674

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
QUAYSHAWN MACK (A/K/A DERRICK JOHNSON),
DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004495-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 674

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DANE ELLIS, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003655-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.